Anna Y. Park, CA SBN 164242
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
Email: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**ORIGINAL**



FILED
CLERK, U.S. DISTRICT COURT

SEP 2 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> AQUA TRI; and Does 1 – 10 Inclusive, <br><br> Defendants. | Case No.: CV09-7062 GHK VBKx <br><br> **COMPLAINT—TITLE VII** <br> • **Sexual Harassment** <br> • **Retaliation** <br> • **Constructive Discharge** <br><br> **JURY TRIAL DEMAND** |

## NATURE OF THE ACTION

This is an employment discrimination action brought by the United States Equal Employment Opportunity Commission (the "Commission") under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and retaliation, and to provide appropriate relief to Charging Parties and other similarly situated

-1-

Case No.

1  individuals who were adversely affected by such practices.  As set forth in this

2  Complaint, the Commission alleges that Defendants' employees subjected

3  Charging Parties and other similarly situated individuals to a hostile work

4  environment based on their sex (female).  The Commission further alleges that

5  Defendants retaliated against Charging Parties and other similarly situated

6  individuals for complaining, reporting, and/or engaging in protected activity

7  regarding such unlawful practices. The Commission also alleges that Charging

8  Party Leni B. Gonzalez was constructively discharged.

## JURISDICTION AND VENUE

9

10      1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451,

11  1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to

12  Section 706(f)(1) and (3) and Section 707 of Title VII of the Civil Rights Act of

13  1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3), § 2000e-6 ("Title VII") and

14  Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

15      2.     The employment practices alleged to be unlawful were and are now

16  being committed within the jurisdiction of the United States District Court for the

17  Central District of California.

## PARTIES

18

19      3.     Plaintiff, the U.S Equal Employment Opportunity Commission

20  ("EEOC" or "Commission"), is the agency of the United States of America

21  charged with the administration, interpretation and enforcement of Title VII, and is

22  expressly authorized to bring this action by Section 706(f)(1) and (3) and Section

23  707 of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3) and § 2000e-6.

24      4.     At all relevant times, Defendants have continuously been an employer

25  engaged in an industry affecting commerce within the meaning of Sections 701(b),

26  (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

27      5.     At all relevant times, Defendant Aqua Tri is a California corporation

28  and has continuously been doing business in the State of California and the City of

Case No.

1 Ontario, and has continuously had at least 15 employees.  At all relevant times,

2 Defendants have continuously been employers engaged in an industry affecting

3 commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42

4 U.S.C. §§ 2000e(b), (g) and (h).

5       6.    All of the acts and failures to act alleged herein were duly performed

6 by and attributable to all Defendants, including Defendants DOES 1 to 10, each

7 acting as a successor, agent, alter ego, employee, indirect employer, joint

8 employer, integrated enterprise and/or or under the direction and control of the

9 others, except as specifically alleged otherwise.  Said acts and failures to act were

10 within the scope of such agency and/or employment, and each Defendant

11 participated in, approved and/or ratified the unlawful acts and omissions by the

12 other Defendants complained of herein.  Whenever and wherever reference is made

13 in this Complaint to any act by a Defendant or Defendants, such allegations and

14 reference shall also be deemed to mean the acts and failures to act of each

15 Defendant acting individually, jointly, and/or severally.

16       7.    Plaintiff is ignorant of the true names and capacities of each

17 Defendant sued as DOES 1 through 10, inclusively, and therefore Plaintiff

18 Commission sues said defendant(s) by fictitious names.  Plaintiff reserves the right

19 to amend the complaint to name each DOE defendant individually or collectively

20 as they become known.  Plaintiff alleges that each DOE defendant was in some

21 manner responsible for the acts and omissions alleged herein and Plaintiff will

22 amend the complaint to allege such responsibility when the same shall have been

23 ascertained by Plaintiff.

24 **STATEMENT OF CLAIMS**

25       8.    More than thirty days prior to the institution of this lawsuit, Leni B.

26 Gonzalez, Alicia Flores, and other Charging Parties ("Charging Parties") filed

27 charges with the Commission alleging violations of Title VII by Defendants.  The

28 Commission has issued Letters of Determination finding that Charging Parties and

Case No.

1   similarly situated individuals were subjected to unlawful employment

2   discrimination based upon their sex, female, of harassment in violation of Title

3   VII.  The Commission has also issued Letters of Determination that Charging

4   Parties and similarly situated individuals were subjected to retaliation.  In addition,

5   the Commission has issued a Letter of Determination finding that Charging Party

6   Leni B. Gonzalez was constructively discharge in violation of Title VII.  Prior to

7   instituting this lawsuit, the EEOC attempted to eliminate the unlawful employment

8   practices herein alleged and to effect voluntary compliance with Title VII through

9   informal methods of conciliation, conference, and persuasion within the meaning

10  of Section 706(b) of Title VII, 42 U.S.C. Sections 2000e-5(b).  All conditions

11  precedent to the institution of this lawsuit have been fulfilled.

12       9.      Since at least 2007, Defendants have engaged in unlawful

13  employment practices and/or a pattern or practice of such wrongful acts in

14  violation of Sections 703(a), 704(a), and/or 707 of Title VII, 42 U.S.C. § 2000e-

15  2(a), -3(a), and -6(a) by subjecting Charging Parties and similarly situated

16  individuals to a sexually harassing hostile environment.  At all relevant times,

17  Defendant Aqua Tri sells pool and water products, including chemicals.  The

18  sexually harassing behavior was perpetrated by Defendants' employees, including

19  supervisors.  The sexually harassing behavior includes, but is not limited to, the

20  following:  Charging Parties and other similarly situated individuals were

21  subjected to a hostile work environment based on their sex (female) due to

22  uninvited and inappropriate sexual propositions, attempts to touch the females'

23  breasts, offensive gestures while touching their private parts and exposing their

24  erections through their pants, and offensive sexual comments about their body and

25  appearance.  Defendants failed to exercise reasonable care to prevent and correct

26  promptly the sexually harassing behavior.  Defendants retaliated against Charging

27  Parties and other similarly situated individuals for complaining, reporting, and/or

28  engaging in protected activity regarding such unlawful practices by subjecting the

Case No.

1    employees to adverse employment actions, including, but not limited to,

2    demotions, isolating them from co-workers and ordering co-workers not to speak

3    with them, disciplinary actions, terminations, and lay offs.  The working conditions

4    became so intolerable which led to the constructive discharge of Charging Party

5    Leni B. Gonzalez.

6         10.   The effect of the practices complained of in paragraph 9 above has

7    been to deprive Charging Parties and similarly situated individuals of equal

8    employment opportunities and otherwise adversely affect their status as

9    employees, because of their sex and/or for complaining, reporting, and/or engaging

10    in protected activity regarding such unlawful practices.

11         11.   The unlawful employment practices complained of in paragraph 9

12    above were and are intentional within the meaning of § 706(g)(1) of Title VII, 42

13    U.S.C., §§ 2000e-5(g)(1).

14         12.   The unlawful employment practices complained of in paragraph 9

15    above were and are intentional and caused Charging Parties and similarly situated

16    individuals to suffer emotional distress.

17         13.   The unlawful employment practices complained of in paragraph 9

18    above were and are done with malice or with reckless indifference to the federally

19    protected rights of Charging Parties and similarly situated individuals.

20                              **PRAYER FOR RELIEF**

21         Wherefore, the Commission respectfully requests that this Court:

22         A.   Grant a permanent injunction enjoining Defendants, their officers,

23    successors, assigns, and all persons in active concert or participation with it, from

24    engaging in sexual harassment, retaliation, and any other employment practice

25    which discriminates on the basis of sex.

26         B.   Order Defendants to institute and carry out policies, practices, and

27    programs which provide equal employment opportunities for women, and which

28    eradicate the effects of its past and present unlawful employment practices.

Case No.

1    C.    Order Defendants to make whole Charging Parties and similarly

2  situated individuals in amounts to be determined at trial, and other affirmative

3  relief necessary to eradicate the effects of its unlawful employment practices.

4    D.    Order Defendants to make whole Charging Parties and similarly

5  situated individuals by providing compensation for past and future pecuniary

6  losses resulting from the unlawful employment practices described in paragraph 9

7  above, in amounts to be determined at trial.

8    E.    Order Defendants to make whole Charging Parties and similarly

9  situated individuals by providing compensation for past and future nonpecuniary

10  losses resulting from the unlawful practices complained of in paragraph 9 above, in

11  amounts to be determined at trial.

12    F.    Order Defendants to pay Charging Parties and similarly situated

13  individuals punitive damages for its malicious and reckless conduct described in

14  paragraphs 10 and 13 above, in amounts to be determined at trial.

15    G.    Grant such further relief as the Court deems necessary and proper in

16  the public interest.

17    H.    Award the Commission its costs of this action.

18  //

19  //

20  //

21

22

23

24

25

26

27

28

Case No.

1                  **JURY TRIAL DEMAND**

2      The Commission requests a jury trial on all questions of fact raised by its

3 Complaint.

4

5 Dated: September 29, 2009            Respectfully Submitted

6

7                          JAMES LEE,
                           Acting General Counsel

8

9                          GWENDOLYN YOUNG REAMS,
                           Associate General Counsel

10

11                          U.S. EQUAL EMPLOYMENT
                         OPPORTUNITY COMMISSION

12                          131 M Street, NE

13                          Washington, DC 20507

14                          By: _____

15                             ANNA Y. PARK
                            Regional Attorney

16                        U.S. EQUAL EMPLOYMENT

17                        OPPORTUNITY COMMISSION

18

19

20

21

22

23

24

25

26

27

28

-7-

Case No.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## CV09- 7062 GHK (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| **312 N. Spring St., Rm. G-8** | **411 West Fourth St., Rm. 1-053** | **3470 Twelfth St., Rm. 134** |
| **Los Angeles, CA 90012** | **Santa Ana, CA 92701-4516** | **Riverside, CA 92501** |

Failure to file at the proper location will result in your documents being returned to you.

---

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

+    Central District of California

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Aqua Tri; and Does 1-10 Inclusive | ) |
| *Defendant* | ) **CV09-7062 GHK** VBK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Aqua Tri

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anna Y. Park
> U.S. Equal Employment Opportunity Commission
> 255 E. Temple Street, 4th Floor
> Los Angeles, CA 90012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    2 9 SEP 2009

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself☐.) <br> U. S. Equal Employment Opportunity Commission | DEFENDANTS <br> Aqua Tri, and Does 1-10 Inclusive |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br><br> Anna Y. Park, U.S. Equal Employment Opportunity Commission, 255 E. Temple Street, 4th Floor, Los Angeles, CA 90012 <br> (213) 894-1083 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff    ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:    JURY DEMAND:** ☑ Yes    ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No    ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
violated 42 U.S.C. Sec. 2000e-2(a), -3(a) and -6(a), by subjecting employees to sexually hostile work environment

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☑ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV09-7062

FOR OFFICE USE ONLY:    Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                    CIVIL COVER SHEET                                    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☑  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino County | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino County | |

\* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date 9/28/09

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |